UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRANDON PRICE,<br><br>　　　　　Respondent. | Case No. 18-cv-1154-AWI-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT COURT GRANT PETITIONER RELIEF FROM JUDGMENT AND VACATE ORDER DISMISSING CASE<br><br>(ECF No. 11) |

Petitioner Roy Russ, a civil detainee confined at Coalinga State Hospital, sought a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 6, 2019, the Magistrate Judge entered findings and recommendations that the Court grant petitioner relief from judgment and vacate the Court's order dismissing the petition. (ECF No. 11). The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on August 6, 2010, (ECF No. 11), are ADOPTED in full;
2. Doc. No. 9 (order adopting findings and recommendation) and Doc. No. 10 (judgment) are VACATED;
3. The Clerk shall REOPEN this case;
4. This matter is REFERRED back to the Magistrate Judge for further proceedings; and
5. The Clerk of the Court is directed to send a copy of this order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: January 16, 2020

SENIOR DISTRICT JUDGE